IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MURIEL CERVONE<br>PLAINTIFF | CIVIL NO. 98-02087 |
| | TORTS |
| (INTENTIONAL)<br>VS. | PLAINTIFF<br>TRIAL BY JURY |
| JUAN ADOLFO RIECKHOFF<br>DEFENDANT | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION REQUESTING ORDER TO PAID JUDGMENT

TO THE HONORABLE COURT:

Comes -now plaintiff through his undersigned attorney and very respectfully states and prays as follows:

1.    On June 30, 1999 a judgment was entered in the above captioned case.

2.    The same was notified on July 1, 1999.

3.    To this date defendant has not paid such judgment.

4.    Defendant's mother died a few months ago and he inherited enough money to be able to satisfy the judgment.

5.    Plaintiff hereby respectfully request from this Honorable Court to order defendant to satisfy the judgment or be

found in contempt of Court.

**WHEREFORE** Plaintiff hereby respectfully request from this

Honorable Court to order defendant to satisfy the judgment or be

found in contempt of Court.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico July 13, 2006.

S/Héctor M. Alvarado Tizol
HECTOR M. ALVARADO-TIZOL
FED. DISTRICT COURT NO. 120103
PO BOX 661
CAROLINA, PR 00986-0661
PHONE NO. 762-5160/762-5222
FAX NO. 762-5115