## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MURIEL CERVONE,**
Plaintiffs

Civil No. 92087 (DRD)

v.

**JUAN ADOLFO RIECKHOFF,**
Defendants

## <u>ORDER</u>

Plaintiff is to proceed to take a post judgment deposition if Defendant in Federal Court pursuant to Rule 69 of the Federal Rules of Civil Procedure through Counsel notification.  Plaintiff at the deposition may request Defendant to state all his assets under oath, including real property, bank accounts, safety deposit boxes, inheritance assets, etc.  Should Defendant not appear, Plaintiff may move for contempt.  Should Defendant not provide answers or produce the requested documents, Plaintiff may move for contempt.  Should assets be described, Plaintiff may move for embargo or freezing of asset accounts.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of February 2007

<u>S/ Daniel R. Dominguez</u>
DANIEL R. DOMINGUEZ
U.S. District Judge